UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAELA ANN PRICE,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL,<br>　　　　Defendant. | Case No. 17-cv-03342-RMI<br><br>**ORDER TO SHOW CAUSE** |

The complaint in this action for judicial review of a decision by the Commissioner of Social Security was filed on June 9, 2017. (Doc.1.) Pursuant to a stipulation of the parties granted by the court, Plaintiff's motion for summary judgment was due May 18, 2018. (Doc. 28.) Plaintiff's motion has not yet been filed.

Accordingly, Plaintiff is HEREBY ORDERED to show cause why this case should not be dismissed without prejudice for failure to prosecute. Plaintiff shall file a response no later than July 18, 2018. Defendant may respond no later than July 20, 2018. No extensions of time will be granted.

**IT IS SO ORDERED.**

Dated: July 11, 2018

ROBERT M ILLMAN
United States Magistrate Judge